# Exhibit B

**IN THE STATE COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| JOAN ULINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. STCV22-01806 |
| | ) | |
| HHC TRS SAVANNAH LLC d/b/a Hyatt Regency Savannah and JOHN DOES 1-3 | ) ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant HHC TRS Savannah, LLC, by and through its counsel, filed in the United States District Court for the Southern District of Georgia (the "Federal Court") a Notice of Removal, a true and correct copy of which is attached herewith, thereby removing this case to Federal Court. Accordingly, the jurisdiction of this Court is herewith suspended and any proceedings in this Court after the date of removal are null and void unless or until the Federal Court remands this matter to this Court. *See, e.g., Cotton v. Federal Land Bank of Columbia*, 246 Ga. 188, 269 (1980).

[Signature of counsel on following page.]

Respectfully submitted this 3rd day of February, 2023.

        WEINBERG WHEELER HUDGINS GUNN &
        DIAL, LLC

        */s/ Cecilia D. Orozco*
        Jonathan R. Friedman
        Georgia Bar No. 277720
        P. Shane O'Neill
        Georgia Bar No. 297849
        Cecilia D. Orozco
        Georgia Bar No. 562696
        3344 Peachtree Road, N.E., Suite 2400
        Atlanta, Georgia 30326
        Tel: (404) 876-2700
        jfriedman@wwhgd.com
        soneill@wwhgd.com
        corozco@wwhgd.com

        *Attorneys for HHC TRS Savannah, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate of Service of Discovery was served upon all parties via ECF Odyssey, as follows:

Bradley S. Robinson
FARAH & FARAH, P.A.
12016 Abercorn Street
Savannah, Georgia
brobinson@farahandfarah.com
j.williams@farahandfarah.com

*Counsel for Plaintiffs*

This 3rd day of February, 2023.

      */s/ Cecilia D. Orozco*
      Cecilia D. Orozco