# Exhibit C

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOAN ULINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. STCV22-01806 |
| ) | |
| HH SAVANNAH LLC, HHC TRS ) | |
| SAVANNAH LLC d/b/a Hyatt Regency ) | |
| Savannah, HYATT CORPORATION and ) | |
| JOHN DOES 1-3 ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING CONSENT MOTION FOR DISMISSAL
WITHOUT PREJUDICE OF LESS THAN ALL PARTIES**

The above-captioned matter, having come before this Court on the Parties' Consent Motion for Dismissal Without Prejudice of Less than all Parties, and it appearing to the Court that the parties have consented to the Order, it is hereby ordered, that any and all claims against Defendants HH Savannah, LLC and Hyatt Corporation are dismissed without prejudice. The caption of the case will also be modified to reflect same. **The claims asserted against the remaining Defendant are not dismissed and will remain pending before this Court.**

SO ORDERED this __6th__ day of __January__, 2023.

_____
Derek White, Judge
State Court of Chatham County