# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA,
# SAVANNAH DIVISION

| | |
|---|---|
| JOAN ULINO, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO. 4:23-CV-00030-WTM-CLR |
| v. | ) |
| | ) |
| HHC TRS SAVANNAH LLC d/b/a Hyatt | ) |
| Regency Savannah and JOHN DOES 1-3 | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT HHC TRS SAVANNAH, LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant HHC TRS Savannah LLC d/b/a Hyatt Regency Savannah ("HHC TRS") hereby files its Answer and Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

HHC TRS answers the numbered paragraphs in Plaintiff's Complaint as follows:

### PARTIES

1.

HHC TRS is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, therefore, denies the same.

2.

On information and belief, HHC TRS admits that HH Savannah, LLC is a Delaware company with its principal place of business in Texas; it is authorized to transact business in Georgia. Further, upon information and belief, it is the fee simple owner of the Hyatt Regency Savannah located at 2 West Bay Street (the "Hotel"). It may be served with process in accordance with applicable law.

3.

HHC TRS admits that it is a Delaware company with its principal place of business in Texas; it is authorized to transact business in Georgia. HHC TRS admits it operated the Hotel. It may be served with process in accordance with applicable law.

4.

On information and belief, HHC TRS admits that Hyatt Corporation is a Delaware company with its principal place of business in Illinois; it is authorized to transact business in Georgia. Upon information and belief, it managed the Hotel. It may be served with process in accordance with applicable law.

5.

HHC TRS is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, therefore, denies the same.

6.

HHC TRS is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and, therefore, denies the same.

7.

Admitted.

## BACKGROUND

8.

HHC TRS is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, therefore, denies the same.

9.

Denied.

10.

HHC TRS is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and, therefore, denies the same.

11.

Denied

12.

Denied.

## COUNT I
## NEGLIGENCE

13.

HHC TRS hereby incorporates its answers to Paragraphs 1 through 12 as if the same were fully restated herein.

14.

HHC TRS admits that certain duties arise, or may arise, by operation of law, but HHC TRS denies that it breached any such duties and denies that it was negligent.

15.

Denied.

16.

Denied.

17.

Denied.

## COUNT II
## DAMAGES

18.

HHC TRS hereby incorporates its answers to Paragraphs 1 through 17 as if the same were fully restated herein.

19.

Denied.

20.

HHC TRS denies the allegations in Paragraph 20, including subparts (a) through (j). Further, HHC TRS denies all allegations in Plaintiff's unnumbered "WHEREFORE" Paragraph including subparts (a) through (f).

### SECOND DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### THIRD DEFENSE

HHC TRS did not breach any duty owed to Plaintiff. HHC TRS is not liable or responsible to Plaintiff for negligence and/or violation of any code, statute, or section of law.

### FOURTH DEFENSE

Any allegations, claims, contentions, demands, and/or prayers for relief not expressly admitted by HHC TRS are hereby denied, including any "WHEREFORE" clauses.

### FIFTH DEFENSE

The accident was caused in whole or in part by the negligence or other act or omission of Plaintiff and/or others over whom HHC TRS exercised no control and for whose actions HHC TRS is not responsible. Therefore, Plaintiff cannot recover from HHC TRS.

### SIXTH DEFENSE

Plaintiff's injuries and damages were caused by an intervening, superseding action for which HHC TRS is not liable or responsible.

### SEVENTH DEFENSE

Plaintiff's Complaint is barred, in whole or part, by the doctrines of assumption of the risk, contributory negligence, and/or comparative negligence.

### EIGHTH DEFENSE

Plaintiff failed to mitigate her injuries and damages.

### NINTH DEFENSE

HHC TRS reserves the right to amend its Answer and Defenses to plead, *inter alia*, additional affirmative defenses as they become known during discovery.

### JURY DEMAND

HHC TRS demands a trial by a jury of 12 persons on all issues so triable.

### GENERAL DENIAL

Responding to each and every claim in Plaintiff's Complaint, HHC TRS denies that it is liable to Plaintiff in any way, either in law or equity. To the extent any paragraph, sentence, sub-paragraph, statement, or allegation in Plaintiff's Complaint is neither expressly admitted nor denied by the foregoing responsive answers and defenses, the same is hereby specifically denied. Furthermore, HHC TRS specifically denies that Plaintiff is entitled to any relief.

WHEREFORE, having fully answered Plaintiff's Complaint, HHC TRS requests that the Court enter judgment in favor of HHC TRS, award it fees and costs, and grant such other and further relief as may be just and proper.

Respectfully submitted this 13th day of February, 2023.

                WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC

                */s/ Jason T. Vuchinich*
                Jason T. Vuchinich
                Georgia Bar No. 537509
                3344 Peachtree Road, N.E., Suite 2400
                Atlanta, Georgia 30326
                Tel: (404) 876-2700
                jvuchinich@wwhgd.com

                Jonathan R. Friedman (*Pro Hac Vice to be filed*)
                Georgia Bar No. 277720
                P. Shane O'Neill (*Pro Hac Vice to be filed*)
                Georgia Bar No. 297849
                Cecilia D. Orozco (*Pro Hac Vice to be filed*)
                Georgia Bar No. 562696
                3344 Peachtree Road, N.E., Suite 2400
                Atlanta, Georgia 30326
                Tel: (404) 876-2700
                jfriedman@wwhgd.com
                soneill@wwhgd.com
                corozco@wwhgd.com

                *Attorneys for HHC TRS Savannah, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon all parties via ECF/CF, as follows:

Bradley S. Robinson
FARAH & FARAH, P.A.
12016 Abercorn Street
Savannah, Georgia
brobinson@farahandfarah.com
j.williams@farahandfarah.com

*Counsel for Plaintiffs*

This 13th day of February, 2023.

/s/ Jason T. Vuchinich
Jason T. Vuchinich