UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOAN ULINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-030 |
| | ) | |
| HHC TRS SAVANNAH LLC, and | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Joan Ulino's unopposed[1] "Motion for Leave to Amend Complaint and Add Defendant Ricks Glass Company, Inc." Doc. 15. For good cause shown, Plaintiff's unopposed request is **GRANTED**. Doc. 15.[2] Plaintiff attached her proposed Amended

---

[1] The motion indicates that Defendant HHC TRS Savannah LLC ("HHC") "has no position" regarding Plaintiff's request. Doc. 15 at 2. The Court therefore considers the motion as unopposed.

[2] HHC appears to have filed an Answer in state court before this case was removed, doc. 1-5 at 32-37 (filed November 22, 2022), and a second Answer after removal, doc. 8 (filed February 13, 2023). It is therefore unclear whether Plaintiff moved for amendment during the period within which she may amend "as a matter of course", Fed. R. Civ. P. 15(a)(1)(B), or "only with the opposing party's written consent or the court's leave", Fed. R. Civ. P. 15(a)(2). *See* doc. 15 at 1-2 (Plaintiff's unopposed motion was filed February 27, 2023, and requests relief pursuant to Fed. R. Civ. P. 15(a)(2).). Given the good cause shown in Plaintiff's unopposed motion, the Court finds that amendment is appropriate under either standard.

Complaint as an exhibit to her motion. Doc. 15-1. The Clerk is **DIRECTED** to file the Amended Complaint in a new and separate docket entry. The Amended Complaint will be deemed filed on the date the Clerk files the Amended Complaint in a new and separate docket entry. Given the addition of the new defendant in the Amended Complaint, the parties' initial Rule 26(f) Report is **TERMINATED**. Doc. 14. The parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report within 14 days after the appearance of Ricks Glass Company, Inc. or within 60 days from the date of this Order, whichever is earlier. The parties are **DIRECTED** to follow the instructions in the Court's General Order, doc. 3, regarding the content of their Rule 26(f) Conference and Report.

 **SO ORDERED**, this 3rd day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA