## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA,
## SAVANNAH DIVISION

|  |  |
|---|---|
| JOAN ULINO,<br><br>       Plaintiff,<br><br>v.<br><br><br>HHC TRS SAVANNAH LLC d/b/a<br>HYATT REGENCY SAVANNAH,<br>RICKS GLASS COMPANY, INC.,<br>and JOHN DOES 1-3,<br><br>       Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No.:<br>§  4:23-cv-0030-WTM-CLR<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### SUMMONS

TO DEFENDANT:   **RICKS GLASS COMPANY, INC.**
c/o registered agent, Mark M. Ricks
909 Wheaton Street, Savannah, Georgia 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bradley S. Robinson, Esq.
Farah & Farah, P.A.
12016 Abercorn Street
Savannah, Georgia 31419
(912) 999-2075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

This _3rd_ day of _____March_____, 2023.

CLERK OF COURT

_Jamie Aabalza_
Clerk/Deputy Clerk