IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOAN ULINO,<br><br>    Plaintiff,<br><br>  v.<br><br>HHC TRS SAVANNAH, LLC, d/b/a HYATT REGENCY SAVANNAH; and JOHN DOES 1-3,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-30 |

**O R D E R**

Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff[1] and counsel for Defendants[2] and filed with the Court on April 10, 2024, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to

---

[1] The Court notes that the "Joint Stipulation and Consent Motion," which was filed on the docket by Plaintiff's counsel, bears hand-written ("wet ink") date information and a wet-ink signature by Plaintiff's counsel. (See doc. 40.) Plaintiff's counsel is directed to review Local Rule 5.5, which requires that documents be "signed . . . by electronic means to the extent and in the manner permitted or required by the Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Southern District of Georgia (available on the Court's website at 'www.gasd.uscourts.gov')." S.D. Ga. L.R. 5.5; see also Administrative Procedures for Filing, Signing and Verifying Pleadings and Papers by Electronic Means, Section II.C ("A pleading or other document requiring an attorney's signature shall be signed in the following manner, whether filed electronically or submitted on CD-ROM to the Clerk's Office: 's/ (attorney name).'"). Counsel shall comply with these directives in making future filings with this Court.

[2] The Stipulation is also signed and consented to by counsel for Ricks Glass Company, Inc., which was previously a named defendant in this case but was recently dismissed. (See doc. 39 (Order granting Ricks Glass Company's Motion to Dismiss).)

bear its own attorneys' fees and costs.  (Doc. 40.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  Accordingly, the Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 11th day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA